Filed
Clerk of Court
United States District Court
By jamesburrell
On: May 5, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JHIRMICHAEL WILLIAMS,**<br>**a/k/a "Nukk,"**<br>**a/k/a "Haley Costello,"**<br>**BRYON WILLIS,**<br>**SAMANTHA BRADFORD,**<br>**SAMANTHA REESE,**<br>**JANQUETTA WORTHEN, and**<br>**WHITNEY GUYTON** | **SECOND SUPERSEDING INDICTMENT**<br>**NO: 6:25-CR-00021**<br><br>**18 U.S.C. § 2252A(g)**<br>**Child Exploitation Enterprise**<br><br>**18 U.S.C. § 1591(a)(1), (b)(1)**<br>**Sex Trafficking of a Minor**<br><br>**18 U.S.C. § 1594(a)**<br>**Attempted Sex Trafficking**<br><br>**18 U.S.C. § 2422(b)**<br>**Enticement of a Minor**<br><br>**18 U.S.C. § 2251(a)**<br>**Production of Child Pornography**<br><br>**18 U.S.C. § 2252(a)(2), (b)(1)**<br>**Distribution of Child Pornography**<br><br>**18 U.S.C. § 2252(a)(2), (b)(1)**<br>**Receipt of Child Pornography**<br><br>**18 U.S.C. § 2252(a)(4)(B), (b)(2)**<br>**Possession of Child Pornography**<br><br>**18 U.S.C. § 2**<br>**Aiding and Abetting**<br><br>**18 U.S.C. § 1594(c)**<br>**Conspiracy to Commit Sex Trafficking of a Minor** |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

*Child Exploitation Enterprise*

18 U.S.C. § 2252A(g)

From a date unknown, but at least as early as in or about 2022 to in or about June 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello,"**

engaged in a child exploitation enterprise, in that he violated Section 1591, Chapter 110 and Chapter 117 of Title 18 of the United States Code, as part of a series of felony violations constituting three or more separate incidents and involving more than one victim and committed those offenses in concert with three or more persons.

All in violation of Title 18, United States Code, Section 2252A(g).

**COUNT TWO**
Sex Trafficking of a Minor
18 U.S.C. § 1591(a)(1), (b)(1), 1594, and 2

In or about April 2023 to in or about May 2023, in the Southern District of Georgia, and elsewhere, the Defendants,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello," and**
**BRYON WILLIS,**

in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, by any means, Minor Victim #1, knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause the minor to engage in a commercial sex act, and attempted to do so, and aided and abetted the same.

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(1), 1594, and 2.

## COUNT THREE

*Sex Trafficking of a Minor*
18 U.S.C. § 1591(a)(1), (b)(1), 1594, and 2

In or about March 2023 to in or about May 2023, in the Southern District of Georgia, and elsewhere, the Defendants,

**BRYON WILLIS, and**
**SAMANTHA BRADFORD,**

in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, by any means, a minor, knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause the minor to engage in a commercial sex act, and attempted to do so, and aided and abetted the same.

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(1), 1594, and 2.

## COUNT FOUR

*Coercion and Enticement of a Minor*

18 U.S.C. § 2422(b)

In or about March 2023 to in or about May 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**BRYON WILLIS,**

knowingly used a facility or means of interstate commerce, that is, the Internet and a cell phone, to knowingly persuade, induce, entice, and coerce an individual, whom he believed was a minor, to engage in sexual activity for which a person could be criminally charged under Federal law, that is, sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591, and Georgia law, that is, child molestation and aggravated child molestation, pursuant to Ga. Code. Ann. § 16-6-4, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

**COUNT FIVE**
*Production of child pornography*
18 U.S.C. § 2251(a), (e), and 2

From a date unknown, but beginning no earlier than in or about 2021 to on or about June 12, 2022, in the Southern District of Georgia, and elsewhere, the Defendants,

**JHIRMICHAEL WILLIAMS,**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello," and**
**SAMANTHA BRADFORD,**

employed, used, persuaded, induced, enticed, and coerced Minor Victim #2, a female, who is known to the grand jury, and was under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that the visual depiction had been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and attempted to do so, and aided and abetted the same.

All in violation of Title 18, United States Code, Section 2251(a), (e), and 2.

**COUNT SIX**

*Distribution of child pornography*

18 U.S.C. § 2252(a)(2), (b)(1)

On or about June 12, 2022, in the Southern District of Georgia, and elsewhere, the Defendant,

**SAMANTHA BRADFORD,**

knowingly distributed a visual depiction, using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT SEVEN

*Receipt of child pornography*
18 U.S.C. § 2252(a)(2), (b)(1)

On or about June 12, 2022, in the Southern District of Georgia, and elsewhere, the Defendant,

**BRYON WILLIS,**

knowingly received a visual depiction, using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

**COUNT EIGHT**
*Production of child pornography*
18 U.S.C. § 2251(a) and 2

From a date unknown, but beginning no earlier than in or about 2022 to on or about January 20, 2023, in the Southern District of Georgia, and elsewhere, the Defendants,

**JHIRMICHAEL WILLIAMS,**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello," and**
**SAMANTHA REESE,**

employed, used, persuaded, induced, enticed, and coerced Minor Victim #1, a male, who is known to the grand jury, and was under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that the visual depiction had been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and aided and abetted the same.

All in violation of Title 18, United States Code, Section 2251(a) and 2.

**COUNT NINE**
*Production of child pornography*
18 U.S.C. § 2251(a) and 2

From a date unknown, but no earlier than in or about 2022 to on or about May 10, 2023, in the Southern District of Georgia, and elsewhere, the Defendants,

**JHIRMICHAEL WILLIAMS,**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello," and**
**SAMANTHA REESE,**

employed, used, persuaded, induced, enticed, and coerced Minor Victim #1, a male, who is known to the grand jury, and was under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that the visual depiction had been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and aided and abetted the same.

All in violation of Title 18, United States Code, Section 2251(a) and 2.

**COUNT TEN**
*Receipt of child pornography*
18 U.S.C. § 2252(a)(2), (b)(1)

On or about May 10, 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**BRYON WILLIS,**

knowingly received a visual depiction, using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

**COUNT ELEVEN**
*Production of child pornography*
18 U.S.C. § 2251(a) and 2

From a date unknown, but no earlier than in or about 2022 to on or about May 16, 2023, in the Southern District of Georgia, and elsewhere, the Defendants,

**JHIRMICHAEL WILLIAMS,**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello," and**
**SAMANTHA REESE,**

employed, used, persuaded, induced, enticed, and coerced Minor Victim #1, a male, who is known to the grand jury, and was under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that the visual depiction had been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and aided and abetted the same.

All in violation of Title 18, United States Code, Section 2251(a) and 2.

**COUNT TWELVE**
*Distribution of child pornography*
18 U.S.C. § 2252(a)(2), (b)(1)

On or about May 16, 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**JHIRMICHAEL WILLIAMS,**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello,"**

knowingly distributed a visual depiction, using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

**COUNT THIRTEEN**
*Receipt of child pornography*
18 U.S.C. § 2252(a)(2), (b)(1)

On or about May 16, 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**BRYON WILLIS**,

knowingly received a visual depiction, using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

**COUNT FOURTEEN**
*Possession of child pornography*
18 U.S.C. § 2252(a)(4)(B), (b)(2)

In or about May 2023 to in or about June 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**BRYON WILLIS,**

knowingly possessed a matter, that is, a Samsung Galaxy SM-A136U mobile device, which contained a visual depiction that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that was produced using material that had been mailed, shipped, and transported in interstate and foreign commerce. The production of the visual depiction involved the use of minor engaged in sexually explicit conduct and the visual depiction was of such conduct. The minor depicted was a prepubescent minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

**COUNT FIFTEEN**
*Sex Trafficking of a Minor*
18 U.S.C. § 1591(a)(1), (b)(1), 1594, and 2

In or about August 2022 to in or about December 2022, in the Southern District of Georgia, and elsewhere, the Defendants,

**BRYON WILLIS, and**
**JANQUETTA WORTHEN,**

in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, by any means, a minor, to wit: Minor Victim #3 and Minor Victim #4, knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause the minor to engage in a commercial sex act, and attempted to do so, and aided and abetted the same.

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(1), 1594, and 2.

**COUNT SIXTEEN**
*Coercion and Enticement of a Minor*
18 U.S.C. § 2422(b)

In or about August 2022 to in or about December 2022, in the Southern District of Georgia, and elsewhere, the Defendant,

**BRYON WILLIS,**

knowingly used a facility or means of interstate commerce, that is, the Internet and a cell phone, to knowingly persuade, induce, entice, and coerce an individual, whom he believed was a minor, to engage in sexual activity for which a person could be criminally charged under Federal law, that is, sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591, and Georgia law, that is, child molestation and aggravated child molestation, pursuant to Ga. Code. Ann. § 16-6-4, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

**COUNT SEVENTEEN**
Sex Trafficking of a Minor
18 U.S.C. § 1591(a)(1), (b)(1), 1594, and 2

In or about 2023, in the Southern District of Georgia, and elsewhere, the Defendants,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello," and**
**WHITNEY GUYTON,**

in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited, by any means, Minor Victim #1, knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause the minor to engage in a commercial sex act, and attempted to do so, and aided and abetted the same.

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(1), 1594, and 2.

**COUNT EIGHTEEN**
*Coercion and Enticement of a Minor*
18 U.S.C. § 2422(b)

In or about 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**WHITNEY GUYTON,**

knowingly used a facility or means of interstate commerce, that is, the Internet and a cell phone, to knowingly persuade, induce, entice, and coerce an individual, whom she believed was a minor, to engage in sexual activity for which a person could be criminally charged under Federal law, that is, sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591, and Georgia law, that is, child molestation and aggravated child molestation, pursuant to Ga. Code. Ann. § 16-6-4, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

**COUNT NINETEEN**
Conspiracy to Commit Sex Trafficking of a Minor
18 U.S.C. § 1594(c)

In or about 2023, in the Southern District of Georgia, and elsewhere, the Defendants,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello," and**
**WHITNEY GUYTON,**

conspired and agreed, together and with others unknown to the grand jury, in and affecting interstate commerce, to knowingly recruit, entice, harbor, transport, provide, obtain, maintain, and solicit, by any means, a minor, knowing and in reckless disregard of the fact that means of force, fraud, coercion, and any combination of such means would be used to cause the minor to engage in a commercial sex act, and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591.

In violation of Title 18, United States Code, Section 1594(c).

**COUNT TWENTY**
*Coercion and Enticement of a Minor*
18 U.S.C. § 2422(b)

In or about 2023, in the Southern District of Georgia, and elsewhere, the Defendant,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello,"**

knowingly used a facility or means of interstate commerce, that is, the Internet and a cell phone, to knowingly persuade, induce, entice, and coerce an individual, whom he believed was a minor, to engage in sexual activity for which a person could be criminally charged under Federal law, that is, sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591, and Georgia law, that is, child molestation and aggravated child molestation, pursuant to Ga. Code. Ann. § 16-6-4, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

**FORFEITURE ALLEGATION**

The allegations contained in Counts One through Twenty of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253, 1594, and 2428.

Upon a conviction of any of Counts One and Five through Fourteen, of this Second Superseding Indictment charging violations of Title 18, United States Code, Sections 2251, 2252 and 2252A, the Defendants,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello,"**
**BRYON WILLIS,**
**SAMANTHA BRADFORD, and**
**SAMANHA REESE,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, Section 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto, including but not limited to a Samsung Galaxy SM-A136U.

Upon conviction of any of Counts Two, Three, Fifteen, Seventeen, and Nineteen of this Second Superseding Indictment, charging violations of Title 18, United States Code, Sections 1591 and 1594, the Defendants,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello,"**
**BRYON WILLIS,**
**SAMANTHA BRADFORD,**
**JANQUETTA WORTHEN, and**
**WHITNEY GUYTON,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 1594(d) and (e), any property, real or personal, that was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of Title 18, United States Code, Section 1591 and 1594, or any property, real or personal, constituting or derived from, any proceeds that were obtained, directly or indirectly, as a result of such violation, as charged in this Second Superseding Indictment, including but not limited to a Samsung Galaxy SM-A136U.

Upon conviction of Counts Four, Sixteen, Eighteen, and Twenty of this Second Superseding Indictment, charging a violation of Title 18, United States Code, Section 2422(b), the Defendants,

**JHIRMICHAEL WILLIAMS**
**a/k/a "Nukk,"**
**a/k/a "Haley Costello,"**
**BRYON WILLIS, and**
**WHITNEY GUYTON,**

shall forfeit to the United States, any property, real or personal, that was used and intended to be used to commit or to facilitate the commission of the offense, pursuant

to Title 18, United States Code, Section 2428, including but not limited to a Samsung Galaxy SM-A136U.

If any of the property described above, as a result of any act or commission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Sherri A. Stephan
Assistant United States Attorney
Lead Counsel

*/s/ Patricia G. Rhodes*

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Timothy P. Dean
Assistant United States Attorney
Lead Counsel